Fugate *v.* Stapleton.

## FUGATE *v.* STAPLETON.

PRACTICE. *Judgment in replevin. When defective.* A judgment in replevin
is defective unless it allows a return of the property.

### FROM HANCOCK.

Appeal from a judgment of the Circuit Court at
Sneedville, rendered at its January term, 1871. Hon.
E. E. GILLENWATERS presiding.

LOGAN & LUCKY for plaintiff.

GILLENWATERS for defendant.

FREEMAN, J., delivered the opinion of the court.

The only error assigned on this record is, that the
judgment is for the value of the horse in controversy,

21—VOL. 6.

as found by the jury, and damages assessed, and ex-ecution ordered for these sums, without permission to the plaintiff to return the property.

This being an action of replevin, the error is well assigned, and the case reversed, but this court pro-ceeding to render such judgment as the Circuit Court should have rendered, directs a judgment as above in-dicated.